ROBERT E. FREITAS (SBN 80948)
    rfreitas@ftklaw.com
QUDUS B. OLANIRAN (SBN 267838)
    qolaniran@ftklaw.com
KEN K. FUNG (SBN 283854)
    kfung@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
Perfect Surgical Techniques, Inc.

Deborah E. Fishman (SBN 197584)
    FishmanD@dicksteinshapiro.com
Katie J.L. Scott (SBN 233171)
    ScottK@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone: (650) 690-9500
Facsimile: (650) 690-9501

Steven I. Weisburd (*pro hac vice*)
    WeisburdS@dicksteinshapiro.com
Robert E. Bugg (*pro hac vice*)
    BuggR@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Defendants
OLYMPUS AMERICA INC.
GYRUS MEDICAL, INC.
GYRUS ACMI, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PERFECT SURGICAL TECHNIQUES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS AMERICA INC., GYRUS MEDICAL, INC., AND GYRUS ACMI, L.P.,<br><br>Defendants. | Case No. 4:12-cv-05967 PJH<br><br>**JOINT STIPULATION REGARDING PROPOSED SCHEDULE** AND ORDER<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to the Court's March 8, 2013 Minute Entry: Initial Case Management Conference (Dkt. No. 45), the Parties to the above-titled action submit this joint stipulation amending Sections 5 and 17 of their Joint Case Management Statement (Dkt. No. 43).

**5.  Amendment of Pleadings, Addition of Parties, Etc.**

The Parties agree that the last day to amend pleadings or add parties pursuant to Fed. R. Civ. P. 15(a) will be 90 days before close of fact discovery.  Both Parties agree that the Parties may amend the pleadings only upon a showing of good cause after the deadline to amend the pleadings has passed.

**17.  Scheduling**

The Parties submit the following proposed schedule:

| Event | Date per rule or order | Agreed Dates |
|---|---|---|
| Rule 26(a)(1) Initial Disclosures | | March 15, 2013 |
| Pat. L.R. 3-1. Disclosure of Asserted Claims and Infringement Contentions<br><br>Pat. L.R. 3-2. Document Production Accompanying Disclosure | Not later than 14 days after the Initial Case Management Conference | March 22, 2013 |
| Pat. L.R. 3-3. Invalidity Contentions<br><br>Pat. L.R. 3-4. Document Production Accompanying Invalidity Contentions. | Not later than 45 days after service upon it of the "Disclosure of Asserted Claims and Infringement Contentions" | May 10, 2013 |
| Pat. L.R. 4-1. Exchange of Proposed Terms for Construction. | Not later than 14 days after service of the "Invalidity Contentions" pursuant to Patent L.R. 3-3 | May 22, 2013 |
| Deadline to complete Early Neutral Evaluation (proposed by Defendants) | | May 24, 2013 |
| Mediation (remove only by agreement of all parties) | | June 7, 2013 |
| Deadline for Parties to submit joint statement regarding status of ADR, and to inform the court whether issues have | | None |

| Event | Date per rule or order | Agreed Dates |
|---|---|---|
| been narrowed | | |
| Pat. L.R. 4-2. Exchange of Preliminary Claim Constructions and Extrinsic Evidence. | Not later than 21 days after the exchange of the lists pursuant to Patent L.R. 4-1 | June 28, 2013 (except expert disclosures)<br><br>July 12, 2013 (expert disclosures – including, which terms will be opined on and a good-faith description of the substance of the expert's testimony) |
| Last day to join parties or amend pleadings | | TBD - 90 days before close of fact discovery |
| Pat. L.R. 4-3. Joint Claim Construction and Prehearing Statement. | Not later than 60 days after service of the "Invalidity Contentions," | July 19, 2013 |
| Pat. L.R. 4-4. Completion of Claim Construction Discovery (including depositions of experts who submitted declarations in support of claim construction positions) | Not later than 30 days after service and filing of the Joint Claim Construction and Prehearing Statement, | Delayed until reply brief deadline. Expert declarations, if any, are to be filed with PST's opening brief or Defendants' responsive brief. The parties agree to make any expert available for deposition the week after the expert's declaration is filed. |
| Pat. L.R. 4-5(a). Claim Construction Briefs – opening brief | Not later than 45 days after serving and filing the Joint Claim Construction and Prehearing Statement | Aug. 2, 2013 (including any expert declaration) |
| Pat. L.R. 4-5(b). Claim Construction Briefs – responsive brief | Not later than 14 days after service of an opening brief | Aug. 23, 2013 (including any expert declaration) |
| Pat. L.R. 4-5(c). Claim Construction Briefs – reply brief | Not later than 7 days after service of a responsive brief | Sept. 6, 2013 (including any rebuttal expert declaration to the extent the responsive expert declaration includes new or undisclosed opinions) |
| Technology Tutorial | Per Judge Hamilton's Standing Order for Patent Cases | Sept. 13, 2013, or other such day that is convenient for the Court. |
| Pat. L.R. 4-6. Claim Construction Hearing. | Subject to the convenience of the Court's calendar, two weeks following submission of the reply brief specified in Patent L.R. 4-5(c) | September 25, 2013 or other such day that is convenient for the Court. |

| | | |
|---|---|---|
| 1 | Dated: March 12, 2013 | Respectfully submitted, |
| 2 | | FREITAS TSENG & KAUFMAN LLP |
| 3 | | |
| 4 | | By: */s/Qudus B. Olaniran* |
| | | Robert E. Freitas |
| | | Qudus B. Olaniran |
| 5 | | Ken K. Fung |
| | | 100 Marine Parkway, Suite 200 |
| 6 | | Redwood Shores, California  94065 |
| | | Telephone: (650) 593-6300 |
| 7 | | Facsimile: (650) 593-6301 |
| | | rfreitas@ftklaw.com |
| 8 | | qolaniran@ftklaw.com |
| | | kfung@ftklaw.com |
| 9 | | |
| | | Attorneys for Plaintiff |
| 10 | | Perfect Surgical Techniques, Inc. |
| 11 | | |
| 12 | Dated: March 12, 2013 | Respectfully submitted, |
| 13 | | DICKSTEIN SHAPIRO LLP |
| 14 | | By: */s/     Katie J.L. Scott* |
| | | Deborah E. Fishman (SBN 197584) |
| 15 | | FishmanD@dicksteinshapiro.com |
| | | Katie J.L. Scott (SBN 233171) |
| 16 | | ScottK@dicksteinshapiro.com |
| | | DICKSTEIN SHAPIRO LLP |
| 17 | | 1841 Page Mill Road, Suite 150 |
| | | Palo Alto, CA 94304 |
| 18 | | Telephone:  (650) 690-9500 |
| | | Facsimile:  (650) 690-9501 |
| 19 | | |
| | | Steven I. Weisburd (*pro hac vice*) |
| 20 | | WeisburdS@dicksteinshapiro.com |
| | | Robert E. Bugg (*pro hac vice*) |
| 21 | | BuggR@dicksteinshapiro.com |
| | | DICKSTEIN SHAPIRO LLP |
| 22 | | 1633 Broadway |
| | | New York, NY 10019 |
| 23 | | Telephone:  (212) 277-6500 |
| | | Facsimile:  (212) 277-6501 |
| 24 | | |
| | | Attorneys for Defendants |
| 25 | | OLYMPUS AMERICA INC. |
| | | GYRUS MEDICAL, INC. |
| 26 | 3/15/13 | GYRUS ACMI, L.P. |
| 27 | | |
| 28 | | |

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 4 -

JOINT STIPULATION REGARDING
PROPOSED SCHEDULE
CASE NO.: 4:12-CV-05967 PJH

**ATTESTATION OF CONCURRENCE**

I, Qudus B. Olaniran, am the ECF User whose ID and password are being used to file this Joint Stipulation Regarding Proposed Schedule.  I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Defendants Olympus America, Inc., Gyrus Medical, Inc. and Gyrus ACMI L.P..  I declare under penalty of perjury that the foregoing is true and correct.

Date: March 12, 2013            */s/ Qudus B. Olaniran*
                                 Qudus B. Olaniran