UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT SURGICAL TECHNIQUES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GYRUS MEDICAL, INC., et al., <br><br> Defendants. | Case No. 12-cv-5967-PJH <br><br> **ORDER RE STAY** |

On December 30, 2013, the court entered a stay in the above-captioned case, pending completion of the inter partes review of the patent-in-suit. See Dkt. 116. The court's order stated that the stay would terminate upon the issuance of a final written determination by the Patent Trial and Appeal Board ("PTAB").

On June 25, 2015, the parties filed a status report informing the court that the PTAB had issued a final written decision. However, the parties requested that the stay be maintained "at least until plaintiff decides whether to request reconsideration, appeal, or plaintiff's period for filing a notice of appeal to the Federal Circuit has passed." The parties' request is GRANTED. Within five business days of plaintiff making a decision on whether to request a reconsideration or appeal, or within five business days of the passing of plaintiff's deadline for filing a notice of appeal (whichever applies), the parties shall file a joint status statement.

**IT IS SO ORDERED.**

Dated:  July 10, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge