UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERFECT SURGICAL TECHNIQUES, INC.,

        Plaintiff,

   v.

GYRUS MEDICAL, INC., et al.,

        Defendants.

Case No. 12-cv-05967-PJH

**ORDER RE STAY**

On July 10, 2015, the court granted the parties' joint request to continue the stay in this case "at least until plaintiff decides whether to request reconsideration, appeal, or plaintiff's period for filing a notice of appeal to the Federal Circuit has passed." The court also directed the parties to file a joint status statement regarding plaintiff's decision.

On August 10, 2015, the parties filed a statement indicating that plaintiff has indeed filed an appeal, and requesting that the court maintain the stay pending completion of the appeal. The parties' request is GRANTED. The parties shall inform the court of any material developments during the pendency of the appeal, and shall file a joint status statement within seven days of the appeal's resolution.

**IT IS SO ORDERED.**

Dated: August 12, 2015

                                                   PHYLLIS J. HAMILTON
United States District Judge